THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. EBEL, Doing Business under the Firm Name and Style of EBEL & COMPANY, Appellant, and HARRY G. GOLDHURST, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN TANSEY, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WESTERLUND, Appellant.— Motion to dismiss appeal denied. The opposing affidavits are sufficient to show that the notice of appeal was duly filed with the clerk of the Court of Special Sessions. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUFUS L. PERRY and JOSEPH J. ZEIGER, Respondents, v. CHARLES W. BERRY, Comptroller of the City of New York, Appellant.— Motion to resettle order of November 9, 1928, granted. Motion for leave to appeal to · the Court of Appeals dismissed. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILLIE VIGA, Respondent, v. LEO J. PALMER, as Superintendent of the New York State Reformatory for Women at Bedford, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

REDONDO STEAMSHIP COMPANY, INC., Respondent, v. IRVING BANK-COLUMBIA TRUST COMPANY, Respondent. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Defendant; KERR STEAMSHIP COMPANY, INC., and BENJAMIN ·HARRIS, as Receiver in Supplementary Proceedings of FRANK AUDITORE, Appellants.— Motion · to stay execution of judgment granted. Present — Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ.

FISHER ROSENBERG and ISAAC ROSENBERG, Respondents, v. EDWARD RUTH, JR., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF and ABRAHAM MILES, Appellants. BENJAMIN LIBOFF and PERCY R. BURTNETT, Receivers, Appellants; and SHAPIRO & PLAKS and CAPITOL PAINT & VARNISH WORKS, INC., Claimants, Appellants.— Motion to dismiss appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF and ABRAHAM MILES, Appellants. BENJAMIN LIBOFF and PERCY R. BURTNETT, Receivers, Appellants; and SHAPIRO & PLAKS and CAPITOL PAINT & VARNISH WORKS, INC., Claimants, Appellants.— Motion of appellant Miles to limit printing case on appeal granted to the extent provided in the order of December 13, 1928, with the addition of his notice of appeal. The appeal of the receiver may be heard upon the record prescribed by the order of December 13, 1928, with the addition by him of the papers needed to review that part of the order from which he has appealed. This disposition of the motion will permit the appeal to be heard upon the record